## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Roofers Local No. 96 Fringe Benefit Funds; and the Trustees of the National Roofing Industry Pension Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>Tek Roofing Company, a foreign corporation not qualified to do business in the state of Minnesota,<br><br>Defendant. | Civil File No. 05-545 (PAM/RLE)<br><br><br>**ORDER FOR JUDGMENT** |

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant in the amount of $20,754.31.

Based upon the Court's Order dated June 7, 2005, the Affidavit of Stephen Kelly, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

## ORDER

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $20,754.31.

Dated: August  2 , 2005

s/Paul A. Magnuson  
PAUL A. MAGNUSON  
United States District Judge